IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS
[ ] Benton              [X] East St. Louis

[X] Initial Appearance        [] Arraignment        [ ] Detention Hearing

**CRIMINAL NO. 21-mj-8159-GCS**              **DATE**: June 29, 2021
U.S.A. vs. Michael Joseph Smith              **JUDGE**: Gilbert C. Sison
[X] Present    [X] Custody    [ ] Bond       **DEPUTY**: Catina Simpson
**DEFT. COUNSEL:** AFPD Kim Freter           **REPORTER:** Karen Waugh
[X] Present  [X] Apptd.  [] Retained  [ ] Waived
**GOVT. COUNSEL**: AUSA Ali Burns            **Start Time**:  12:20 pm
                                             **End Time:**   12:45 pm

[X] Defendant appears in open Court with AFPD.
[X] The Federal Public Defender's Office is appointed to represent the defendant for all future proceedings.
[X] Defendant advised of constitutional rights.
[X] Defendant advised of charges and penalties.
[X] Order Pursuant to Federal Rule of Criminal Procedure 5(f) is entered.
[X] Preliminary Hearing is continued
[X] Detention Hearing is continued to 7/1/2021 at 12:00 pm before Judge Gilbert C. Sison in the East St. Louis Courthouse.
[X] Defendant is temporarily remanded to the custody of USMS pending detention hearing.